**FILED**

APR - 2 2012

CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 12CR0747-BEN |
| ) | |
| Plaintiff, ) | **ORDER OF DISMISSAL OF INDICTMENT;** |
| ) | JUDGMENT OF DISMISSAL. |
| v. ) | |
| ) | |
| PRIMITIVO MIRELES-CUEVAS, ) | |
| ) | |
| Defendant. ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Case No. 12CR0747-BEN against defendant PRIMITIVO MIRELES-CUEVAS be dismissed without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED.

DATED: 4/02/2012

HONORABLE ROGER T. BENITEZ
United States District Judge